**HARVEY v. PRESCOTT et al.** (Court of Civil Appeals of Texas. Amarillo. Oct. 12, 1912.) Appeal from District Court, Cottle County; Jo. A. P. Dickson, Judge. Application by J. A. Harvey for an injunction against W. E. Prescott and others. On the sustaining of a demurrer to plaintiff's application, the plaintiff appeals. Reversed and remanded. R. D. Browne, of Paducah, and O. T. Warlick, of Vernon, for appellant. Whatley & Hawkins, of Paducah, for appellees.

HALL, J. The application for injunction is sufficient as against the general demurrer, and the judgment is reversed, and cause remanded.